UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

JOHN DOE

v.  Case Number: 4:20−cv−04332

Texas A&M University

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/28/2020

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Preliminary Injunction – #4
Motion for Temporary Restraining Order – #4

Date:   December 23, 2020

David J. Bradley, Clerk