UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:20-CV-04332 |
| TEXAS A&M UNIVERSITY, *Defendant.* | § § § § | |

**PRELIMINARY INJUNCTION - EXHIBITS**

In accordance with the Court's order on January 7, 2021, Defendant Texas A&M University files the following documents for the Court's review:

**A. Transcript of Hearing Conducted on November 12, 2020**

**B. Final Investigative Report, September 10, 2020**

| # | Exhibits | Page # |
|---|---|---|
| 1 | System Policy 08.01, Civil Rights Protections and Compliance | 9 – 12 |
| 2 | System Regulation 08.01.01 Civil Rights Compliance | 13 – 26 |
| 3 | University Rule 08.01.01.M1 Prohibited Conduct | 27 – 51 |
| 4 | Official Complaint Form Submitted by [Complainant] Dated 4.17.20 | 52 – 54 |
| 5 | Notice of Investigation Dated 5.14.20 | 55 – 61 |
| 6 | [Complainant] Investigation Interview Notes Dated 5.5.20 | 62 – 70 |
| 7 | [Student Witness #1] Investigation Interview Notes Dated 5.18.20 | 71 – 79 |
| 8 | [Student Witness #1] Investigation Interview Notes Dated 7.9.20 | 80 – 82 |

1

| | | |
|---|---|---|
| 9 | [Student Witness #3] Investigation Interview Notes Dated 5.18.20 | 83 – 89 |
| 10 | [Student Witness #3] Investigation Interview Notes Dated 7.13.20 | 90 – 94 |
| 11 | [John Doe] Investigation Interview Notes Dated 7.1.20 | 95 – 103 |
| 12 | List of Requested Witnesses and Questions to Ask Submitted by [Complainant] with IA Responses | 104 – 105 |
| 13 | List of Requested Witnesses and Questions to Ask Submitted by [John Doe] with IA Response | 106 – 110 |
| 14 | Text Messages Between [Student Witness #1] and John Doe Dated 1.22.20-3.9.20 | 111 - 114 |
| 15 | Text Messages Between [Student Witness #1 and Complainant Submitted by [Student Witness #1] 3.2.20 | 115 – 119 |
| 16 | Text Messages Between [John Doe] and [Student Witness #2] Dated 3.8.20 | 120 – 121 |
| 17 | Celtic Kane Blood Alcohol Estimation for [Complainant] | 122 – 124 |
| 18 | Celtic Kane Blood Alcohol Estimation for [John Doe] | 125 – 127 |
| 19 | [Complainant] Response to Investigation Report with text message received after the reported incident | 128 – 129 |
| 20 | [John Doe] Response to Report and Exhibits | 130 – 132 |
| 21 | Additional Information for Hearing | 133 – 134 |

**C. Addendum of Steps Taken in the Investigation and Hearing Process**

**D. Hearing Outcome Letter, November 22, 2020**

**E. John Doe's Appeal of Hearing Officer's Decision, November 30, 2020**

**F. Denial of John Doe's Appeal, December 1, 2020**

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

*/s/ Cynthia O. Akatugba*
CYNTHIA O. AKATUGBA
Texas Bar No. 24087083
Southern District Federal ID No. 3437774
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
cynthia.akatugba@oag.texas.gov

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, a true and correct copy of the foregoing instrument has been served via the Court's electronic notification system to the following:

David K. Sergi
DAVID K. SERGI AND ASSOCIATES
329 S Guadalupe
San Marcos, TX 78666
david@sergilaw.com
ATTORNEY FOR PLAINTIFF

Katherine Frank
Sergi & Associates, P.C.
329 S. Guadalupe St.
San Marcos, TX 78666
katie@sergilaw.com

Anita Kawaja
Law Offices of Anita Kawaja
6030 Claridge Dr.
Houston, TX 77096
Anita@AnitaKawajaLaw.com

          */s/ Cynthia O. Akatugba*
          CYNTHIA O. AKATUGBA
          Assistant Attorney General