UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO.: 4:20-cv-04332 |
| | § | |
| TEXAS A&M UNIVERSITY,<br>    Defendant. | §<br>§<br>§ | |

**ANITA KAWAJA'S UNOPPOSED MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Rule 7.2, Plaintiff's Counsel moves to withdraw as attorney of record. This Motion is unopposed. A proposed order is attached. In support, Counsel states the following:

1. Anita Kawaja was retained to serve as local counsel on behalf of Plaintiff John Doe in the above-captioned action.

2. The lead attorney for Plaintiff in this cause is David K. Sergi.

3. Plaintiff no longer requires local counsel.

4. As a result, Ms. Kawaja seeks leave to withdraw as an attorney of record in this cause.

5. Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel active in their representation who will not require any additional time to review or acclimate in the absence of Movant as counsel.

6. David K. Sergi and Katherine Frank will continue to serve as Plaintiff's attorneys in this matter.

7. Counsel has conferred with counsel for Defendant Texas A&M University, and Defendant is unopposed to this Motion.

Accordingly, Anita Kawaja respectfully requests that this Court grant her Motion to Withdraw as Counsel for Plaintiff and grant her leave to withdraw her appearance for Plaintiff John Doe in this action.

Respectfully submitted,

LAW OFFICE OF ANITA KAWAJA

*/s/ Anita Kawaja*
Anita Kawaja
State Bar No. 24003282
Federal Bar No. 26012
Email: Anita@AnitaKawajaLaw.com
P.O. Box 31400
Houston, TX 77231
Tel.: (713) 775-5679


DAVID K. SERGI AND ASSOCIATES, P.C.

*/s/ David K. Sergi*
**DAVID K. SERGI** – Attorney in Charge
Texas Bar No. 18036000
Federal Bar No. 755
Email:  david@sergilaw.com
**KATHERINE FRANK**
Texas Bar No. 24105630
Email:  katie@sergilaw.com
329 S. Guadalupe St.
San Marcos, TX 78666
Tel. (512) 392-5010
Fax. (512) 392-5042


COUNSEL FOR PLAINTIFF
JOHN DOE

## CERTIFICATE OF SERVICE

I certify that on January 18, 2021 a true and correct copy of Anita Kawaja's Motion to Withdraw as Counsel for Plaintiff was served on Jerry Brown, and attorney for the Texas A&M University System, electronically through email correspondence via JMBrown@tamus.edu.

/s/ *Anita Kawaja*
Anita Kawaja

## CERTIFICATE OF CONFERENCE

Counsel has complied with the meet and confer requirement in Local Rule LR7.1D. Plaintiff's counsel, Katherine Frank, spoke with an attorney for the Texas A&M University System, Jerry Brown, via email on January 18, 2021. Defendant is unopposed to this Motion.

/s/ *Anita Kawaja*
Anita Kawaja