IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 20-4332 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| MR. JOHN JUNKINS, | § | |
| (in his official capacity as Interim | § | |
| President) | § | |
| Defendants. | § | |

**PLAINTIFF JOHN DOE'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST
DEFENDANTS TEXAS A&M UNIVERSITY AND MR. JOHN JUNKINS**

Plaintiff John Doe files this notice of voluntary dismissal, without prejudice, of all claims against Defendants Texas A&M University and Mr. John Junkins.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), this notice constitutes effective dismissal of Doe's claims against Defendants, because this notice is filed before Defendants filed a responsive pleading to Doe's Complaint or amended complaint. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 359 (5th Cir. 2013) ("Rule 41a(1) on its face grants a plaintiff an unconditional right to dismiss his complaint by notice *and without order* of the court at any time prior to the defendant's service of an answer or motion for summary judgment.") (emphasis added).

Plaintiff Doe accordingly requests the Court take notice of his dismissal of all claims, without prejudice, against Defendants Texas A&M and Mr. John Junkins.

Dated: January 29, 2021

Respectfully submitted,

**JONES WALKER LLP**

*/s/ Dan L. Cogdell*
**DAN L. COGDELL**—Attorney in Charge
Texas Bar No. 04501500
Email: dcogdell@joneswalker.com
**NICHOLAS H. NORRIS**
Texas Bar No. 24090810
Email: nnorris@joneswalker.com
811 Main Street, Suite 2900
Houston, TX 77002
Tel (713) 437-1869
Fax (713) 437-1810
**AVERY B. PARDEE**
La. Bar No. 31280—*admitted pro hac vice*
Email: apardee@joneswalker.com
201 St. Charles Avenue
New Orleans, LA 70170
Tel (504) 582-8358
Fax (504) 582-8358

- and –

SERGI AND ASSOCIATES, P.C.
*/s/ David K. Sergi*
**DAVID K. SERGI**
Texas Bar No. 18036000
Federal Bar No. 755
Email:  david@sergilaw.com
**KATHERINE FRANK**
Texas Bar No. 24105630
Email:  katie@sergilaw.com
329 S. Guadalupe St.
San Marcos, TX 78666
Tel. (512) 392-5010
Fax. (512) 392-5042

*Counsel for Plaintiff John Doe*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 29, 2021, I electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will provide notification of the filing to counsel for all parties.

*/s/ Dan Cogdell*
Dan Cogdell
